**Burl Anderson HOWELL, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 16-1220**

United States Court of Appeals, Fourth Circuit.

Submitted: August 10, 2016

Decided: August 16, 2016

Burl Anderson Howell, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Rather, sanctions for failure to meet and confer lie within a district court's discretion and

Unpublished opinions are not binding precedent in this circuit

PER CURIAM:

Burl Anderson Howell appeals the district court's orders dismissing his civil action for lack of subject matter jurisdiction and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Howell's pending motions and affirm for the reasons stated by the district court. See Howell v. United States, No. 5:14–cv–00898–F (E.D.N.C. Feb. 29, 2016; Nov. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED